1  **JAMES R. GREINER, ESQ.**
   CALIFORNIA STATE BAR NUMBER 123357
2  **LAW OFFICES OF JAMES R. GREINER**
   555 UNIVERSITY AVENUE, SUITE 290
3  SACRAMENTO, CALIFORNIA 95825
   TELEPHONE: (916) 649-2006
4  FAX: (916) 920-7951

5  ATTORNEY FOR DEFENDANT
   RAYMOND EUGENE SILLS

6

7          IN THE UNITED STATES DISTRICT COURT FOR THE

8                 EASTERN DISTRICT OF CALIFORNIA

9
   UNITED STATES OF AMERICA,    )    CR.NO.S-08-00518-GEB
10                              )
          PLAINTIFF,            )    STIPULATION AND PROPOSED
11                              )    ORDER TO CONTINUE THE STATUS
          v.                    )    CONFERENCE TO FRIDAY
12                              )    FEBRUARY 20, 2009
   JESS BRASIER, et al.,        )
13                              )
                                )
14        DEFENDANTS.           )
   _____)
15

16          The parties to this litigation, the Unites States of America, represented by

17  Assistant United States Attorney,  Mr. Michael M. Beckwith  and the defendants

18  (hereinafter referred to as the defendants): defendant Edmond Timothy Jones,

19  represented by attorney Ms. Krista Hart; defendant Eric Keith Sills, represented by

20  attorney Mr. Timothy E. Warriner; defendant Rodney Charles Renshaw, represented

21  by attorney Mr. Christoper R. Cosca; defendant Jess Vernon Brasier, represented by

22  attorney Mr. Timothy Zindel; and defendant Raymond Eugene Sills, represented by

23  attorney, Mr. James R. Greiner, hereby agree and stipulate that the current date for the

24  status conference currently set for, Friday, December 19, 2008, is hereby vacated and

25  can be rescheduled for Friday, February 20, 2009, at 9:00 a.m. in Courtroom #10

26  before the Honorable District Court Judge, Garland E. Burrell, Jr..

27          Further, all of the parties, the United States of America and all of the

28                                      1

defendants as stated above, hereby agree and stipulate that time under the speedy trial Act can be excluded under Title 18 section 3161(h)(8)(b)(ii) and section 3161(h)(B)(B)(iv), corresponding to Local code T-2 (the complexity of the case) and Local Code T-4 (to allow counsel time to prepare).

The Court's Courtroom deputy, Ms. Shani Furstenau, was contacted to ensure the Court was available on Friday, February 20, 2009 and the Court is available. There is no trial date set.

## PROCEDURAL STATUS OF THE CASE

On October 29, 2008, the government filed a complaint against co-defendant Jess Vernon Brasier. (See Docket Entry #1). On the same date the defendant Jess Vernon Brasier made his first appearance in court. (See Docket Entry #2)

On November 6, 2008, the government filed a three-count Indictment against all of the defendants alleging Conspiracy to possess with Intent to distribute Marijuana (Count one); Possession with Intent to distribute Marijuana (Count two) and Use of a firearm during a drug trafficking crime (Count three). The potential penalties are: for Count one, up to 20 years imprisonment; for Court two up to twenty years in imprisonment, and Count three from 5 years to life imprisonment. (See Docket Entry # 8). All of the defendants appeared and were arraigned. The Magistrate Court set the matter for a status conference on Friday, December 19, 2008. The Magistrate Court excluded time under the Speedy Trial Act based on the representations of the parties that the case was complex as the government indicated there were additional robberies that the defendants were responsible for other than those charged in the Indictment at this time and that discovery will be extensive. The defense agreed with this representation. (See Docket Entry #8)

**DISCOVERY TO DATE**

The government to date has produced hard copies of the search warrants, and 20 CD's with discovery pages up to about 440, interviews of various witnesses and photographs of various locations. The discovery to date is voluminous.

**TIME EXCLUDED UNDER THE SPEEDY TRIAL ACT**

Based on the number of defendants (five), the amount of discovery to date (listed above) and the representations of the government (that the defendants are potentially responsible for other robberies and potentially for a robbery where one individual was shot during the course of the robbery, all of which have not yet been charged in a superceding Indictment but which the government is actively investigating) the parties agree and stipulate that under both local codes T-2, which corresponds to Title 18 U.S.C. section 3161(h)(8)(B)(ii), and T-4, which corresponds to Title 18 U.S.C. section 3161(h)(8)(B)(iv), time under the Speedy Trial Act can and will be excluded up to and including Friday, February 20, 2009.

The parties agree and stipulate that local code T-2, which corresponds to Title 18 U.S.C. section 3161(h)(8)(B)(ii), applies because this case is so unusual or so complex, due to the number of defendants, a total of five (5), the nature of the prosecution (the case involves multiple state investigations, a number of different locations in different counties in the State of California and the potential other charges that could be brought by the government which the government is actively investigating), and/or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial it-self within the time limits established by the Speedy Trial Act, and in addition, all the parties agree and stipulate that time under the Speedy Trial Act can and shall be excluded under Local Code T-4, which corresponds to Title 18 U.S.C. section 3161(h)(8)(B)(iv), in that time is to be excluded  for the reasonable time necessary for effective preparation by all defense counsel (the case involves five (5) total

3

1   defendants; the case involves multiple State investigative authorities and a number of

2   different counties in the State of California).

3         Respectfully submitted:

4                               McGREGOR W. SCOTT
                              UNITED STATES ATTORNEY

5                               /s/ Michael M. Beckwith in person  authorization

6   DATED: 12-16-08

7                               Michael M. Beckwith
                              ASSISTANT UNITED STATES ATTORNEY

8                               ATTORNEY FOR THE PLAINTIFF

9   DATED: 12-16-08

10                              /s/ Krista Hart by e mail authorization

11                               Krist Hart
                              Attorney for Defendant Edmond Timothy Jones

12   DATED:12-16-08            /s/ Timothy E. Warriner by e mail authorization

13                               Timothy E. Warriner

14                               Attorney for Defendant Eric Keith Sills

15   DATED: 12-16-08           /s/ Christopher R. Cosca by e mail authorization

16                               Christopher R. Cosca

17                               Attorney for Defendant Rodney Charles Renshaw

  DATED: 12-16-08           /s/ Timothy Zindel by e mail authorization

18                               Timothy Zindel

19                               Attorney for Defendant Jess Vernon Brasier

20   DATED: 12-16-08           /s/ James R. Greiner

21                             James R. Greiner
                            Attorney for Defendant Raymond Eugene Sills

22

23

24

25

26

27

28

                              4

# ORDER

## FOR GOOD CAUSE SHOWN,  IT IS SO ORDERED.

Dated:  December 19, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

5