**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
RAYMOND EUGENE SILLS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> v. ) <br> ) <br> JESS BRASIER, et al., ) <br> ) <br> DEFENDANTS. ) <br> _____) | CR.NO.S-08-00518-LKK <br><br> STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE TO MARCH 31, 2009 |

The parties to this litigation, the Unites States of America, represented by Assistant United States Attorney, Mr. Michael M. Beckwith and the defendants (hereinafter referred to as the defendants): defendant Edmond Timothy Jones, represented by attorney Ms. Krista Hart; defendant Eric Keith Sills, represented by attorney Mr. Timothy E. Warriner; defendant Rodney Charles Renshaw, represented by attorney Mr. Christoper R. Cosca; defendant Jess Vernon Brasier, represented by attorney Mr. Timothy Zindel; and defendant Raymond Eugene Sills, represented by attorney, Mr. James R. Greiner, hereby agree and stipulate that the current date for the status conference currently set for, Wednesday, February 18, 2008, is hereby vacated and can be rescheduled for March 31, 2009, at 9:15 a.m. in Courtroom # 4 before the Honorable Senior District Court Judge, Lawrence K. Karlton.

1 | The Court's Courtroom Deputy, Ms. Ana Rivas, was contacted to check to see if the Court is available that date, and the Court is.

Further, all of the parties, the United States of America and all of the defendants as stated above, hereby agree and stipulate that time under the speedy trial Act can be excluded under Title 18 section 3161(h)(8)(B)(ii) and section 3161(h)(B)(B)(iv), corresponding to Local code T-2 (the complexity of the case) and Local Code T-4 (to allow counsel time to prepare).

## PROCEDURAL STATUS OF THE CASE

On October 29, 2008, the government filed a complaint against co-defendant Jess Vernon Brasier. (See Docket Entry #1). On the same date the defendant Jess Vernon Brasier made his first appearance in court. (See Docket Entry #2)

On November 6, 2008, the government filed a three-count Indictment against all of the defendants alleging Conspiracy to possess with Intent to distribute Marijuana (Count one); Possession with Intent to distribute Marijuana (Count two) and Use of a firearm during a drug trafficking crime (Count three). The potential penalties are: for Count one, up to 20 years imprisonment; for Court two up to twenty years in imprisonment, and Count three from 5 years to life imprisonment. (See Docket Entry # 8). All of the defendants appeared and were arraigned. The Magistrate Court set the matter for a status conference on Friday, December 19, 2008. The Magistrate Court excluded time under the Speedy Trial Act based on the representations of the parties that the case was complex as the government indicated there were additional robberies that the defendants were responsible for other than those charged in the Indictment at this time and that discovery will be extensive. The defense agreed with this representation. (See Docket Entry #8)

On December 19, 2008, the court signed an Order continuing the case to Wednesday, February 20, 2009, excluding time under the Speedy Trial Act under Title 18 section 3161(h)(8)(B)(ii) and section 3161(h)(B)(B)(iv), corresponding to

local Code T-2 (complexity of the case) and Local Code T-4 (to allow counsel time to prepare). (See Docket Entry #25)

## DISCOVERY TO DATE

The government to date has produced hard copies of the search warrants, and 20 CD's with discovery pages up to about 440, interviews of various witnesses and photographs of various locations. The discovery to date is voluminous. Investigation is ongoing by the defense. In addition, the location of the alleged incidents and the location of many, if not all of the potential witnesses, are outside of Sacramento County in Counties north and East.

## TIME EXCLUDED UNDER THE SPEEDY TRIAL ACT

Based on the number of defendants (five), the amount of discovery to date (listed above) and the representations of the government (that the defendants are potentially responsible for other robberies and potentially for a robbery where one individual was shot during the course of the robbery, all of which have not yet been charged in a superceding Indictment but which the government is actively investigating) the parties agree and stipulate that under both local codes T-2, which corresponds to Title 18 U.S.C. section 3161(h)(8)(B)(ii), and T-4, which corresponds to Title 18 U.S.C. section 3161(h)(8)(B)(iv), time under the Speedy Trial Act can and will be excluded up to and including Tuesday, March 31, 2009.

The parties agree and stipulate that local code T-2, which corresponds to Title 18 U.S.C. section 3161(h)(8)(B)(ii), applies because this case is so unusual or so complex, due to the number of defendants, a total of five (5), the nature of the prosecution (the case involves multiple state investigations, a number of different locations in different counties in the State of California and the potential other charges that could be brought by the government which the government is actively investigating), and/or the existence of novel questions of fact or law, that it is

1 unreasonable to expect adequate preparation for pretrial proceedings or the trial it-self
2 within the time limits established by the Speedy Trial Act, and in addition, all the
3 parties agree and stipulate that time under the Speedy Trial Act can and shall be
4 excluded under Local Code T-4, which corresponds to Title 18 U.S.C. section
5 3161(h)(8)(B)(iv), in that time is to be excluded for the reasonable time necessary for
6 effective preparation by all defense counsel (the case involves five (5) total
7 defendants; the case involves multiple State investigative authorities and a number of
8 different counties in the State of California).

Respectfully submitted:

LAWRENCE G. BROWN
ACTING UNITED STATES ATTORNEY

DATED: 2-13-09    /s/ Michael M. Beck telephone authorization
_____
Michael M. Beckwith
ASSISTANT UNITED STATES ATTORNEY
ATTORNEY FOR THE PLAINTIFF


DATED: 2-13-09
/s/ Krista Hart by e mail authorization
_____
Krist Hart
Attorney for Defendant Edmond Timothy Jones


DATED: 2-13-09    /s/ Timothy E. Warriner by telephone authorization
_____
Timothy E. Warriner
Attorney for Defendant Eric Keith Sills

//
//
//

4

| | |
|---|---|
| DATED: 2-13-09 | /s/ Christopher R. Cosca by e mail authorization |
| | _____ |
| | Christopher R. Cosca |
| | Attorney for Defendant Rodney Charles Renshaw |
| | |
| DATED: 2-13-09 | /s/ Timothy Zindel by e mail authorization |
| | _____ |
| | Timothy Zindel |
| | Attorney for Defendant Jess Vernon Brasier |
| | |
| DATED: 2-13-09 | /s/ James R. Greiner |
| | _____ |
| | James R. Greiner |
| | Attorney for Defendant Raymond Eugene Sills |

**ORDER**

**FOR GOOD CAUSE SHOW, IT IS SO ORDERED.**

DATED: FEBRUARY 17, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

5