```
DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JESS BRASIER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:08-CR-00518 LKK |
| Plaintiff, ) | |
| ) | **ORDER AFTER HEARING** |
| v. ) | (proposed) |
| ) | |
| JESS BRASIER, et al., ) | |
| ) | |
| Defendants. ) | Judge: Hon. Lawrence K. Karlton |

A STATUS CONFERENCE as to defendants Jess Vernon Brasier, Edmund Timothy Jones, Eric Keith Sills, Raymond Eugene Sills, and Rodney Charles Renshaw was held on 5/19/2009. Further Status Conference set for 7/7/2009 at 09:15 AM in Courtroom 4 (LKK) before Senior Judge Lawrence K. Karlton

IT IS SO ORDERED.

Dated: June 8, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT