LAWRENCE G. BROWN
Acting United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. No. S-08-518-LKK |
| Plaintiff, | ) |
| v. | ) ORDER CONTINUING STATUS |
| | ) CONFERENCE |
| JESS VERNON BRASIER, | ) |
| EDMUND TIMOTHY JONES, | ) |
| ERIC KEITH SILLS, | ) |
| RAYMOND EUGENE SILLS, and | ) |
| RODNEY CHARLES RENSHAW, | ) |
| Defendants. | |

**ORDER**

The parties appeared before the Court on Tuesday, March 31, 2009, in case number S-08-518-LKK.  At that time, based upon the representations and agreement of all counsel, the Court ordered that the status conference, be continued to May 19, 2009, at 9:15 a.m., and that the time between the two above dates was excluded from the calculation of time under the Speedy Trial Act.  18 U.S.C. § 3161.

The exclusion of time is appropriate due to the defense counsels' need to prepare.  18 U.S.C. § 3161(h)(8)(B)(ii) and

1

1  (iv); Local Code T4.  A continuance is necessary in this case in
2  order to ensure defense counsel has a reasonable amount of time
3  to review the evidence and prepare for motions given the
4  limitations imposed by Congress.  It's also necessary to ensure
5  defense counsel's effective preparation, taking into account the
6  exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv); Local
7  Code T4.
8       ACCORDINGLY, it is hereby ordered that further status
9  conference be set for May 19, 2009, at 9:15 a.m., and that the
10 time beginning March 31, 2009, and extending through May 19,
11 2009, be excluded from the calculation of time under the Speedy
12 Trial Act.  The Court finds that the interests of justice served
13 by granting this continuance outweigh the best interests of the
14 public and the defendant in a speedy trial.  18 U.S.C. §
15 3161(h)(8)(A).
16      IT IS SO ORDERED.

Dated: June 8, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT