DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JESS BRASIER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:08-CR-00518 LKK |
| Plaintiff, | |
| | **ORDER AFTER HEARING** |
| v. | |
| EDMUND TIMOTHY JONES et al., | |
| Defendants. | Judge: Hon. Lawrence K. Karlton |

A status conference was held on July 7, 2009. The Court scheduled a hearing for September 9, 2009, at 9:15 a.m., on a motion by defendant Eric Sills to suppress evidence, and ordered time excluded as to all defendants in light of the pending motion. The Court also scheduled a hearing on change of plea for defendant Rodney Renshaw on August 25, 2009, at 9:15 a.m.

IT IS SO ORDERED.

Dated:  July 29, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT