```
BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I St., Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2729
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. S-08-518 LKK |
| Plaintiff, ) | |
| ) | MOTION TO DISMISS INDICTMENT |
| v. ) | AND ORDER |
| ) | |
| JESS VERNON BRASIER, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

     Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, Plaintiff, United States of America, by and through its undersigned attorney, moves this Court for an order dismissing the indictment against Jess Vernon Brasier in case number 08-518 LKK.  The indictment in that case charged the defendant with violating 21 U.S.C. §§ 846 and 841(a)(1) - Conspiracy to Possess with Intent to Distribute Marijuana.

     This motion is made pursuant to the parties' plea agreement. The agreement governs both of the defendant's criminal cases, 08-453 LKK and 08-518 LKK.

     Having pleaded guilty to count one of the indictment in case number 08-453 LKK, which charged the defendant with violating 21 U.S.C. §§ 846 and 841(a)(1) - Conspiracy to Manufacture Over 100

Plants of Marijuana, and having been sentenced to 60 months of prison, in accordance with the plea agreement, the government now moves to dismiss all remaining counts against this defendant in case number 08-518 LKK.  The remaining counts against the defendant in case number 08-453 LKK were dismissed at the time of sentencing.

The defendant is currently in the custody of the Bureau of Prisons serving the 60-month sentence imposed in case number 08-453 LKK.

DATE: June 15, 2010                BENJAMIN B. WAGNER
                                   United States Attorney

                              By:  /s/ Michael M. Beckwith
                                   MICHAEL M. BECKWITH
                                   Assistant U.S. Attorney


**O R D E R**

APPROVED AND SO ORDERED:


DATED: June 17, 2010        _____
                            LAWRENCE K. KARLTON
                            SENIOR JUDGE
                            UNITED STATES DISTRICT COURT